IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Ryan Fravel, | Case No: 2:21-cv-4361 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Vascura |
| Ariel Corporation, | |
| Defendant. | |

Order

This matter is before the Court on the Magistrate Judge's May 16, 2022 Report and Recommendation. The Magistrate Judge found that plaintiff has failed to prosecute this action and had failed to respond to an April 26, 2022 Show Cause Order. She recommended that the suit be dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

No objections have been filed to the Report and Recommendation. Accordingly, the Court adopts the Report and Recommendation and DISMISSES this action WITH PREJUDICE for failure to prosecute.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: June 6, 2022